UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| FILED | |
| November 8, 2016 | |
| CLERK, US DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA | |
| DEPUTY CLERK | |

UNITED STATES OF AMERICA, )
)  Case No. 2:16-MJ-00193-AC
Plaintiff, )
v. )  ORDER FOR RELEASE OF
)  PERSON IN CUSTODY
SUSAN CORDILLIA BROWN, )
)
Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release SUSAN CORDILLIA BROWN, Case No. 2:16-MJ-00193-AC, Charge Title 21 USC 841(a)(1), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__ Release on Personal Recognizance

✔ Bail Posted in the Sum of $ 50,000 (co-signed)

  ✔ Unsecured Appearance Bond

  __ Appearance Bond with 10% Deposit

  __ Appearance Bond with Surety

  __ Corporate Surety Bail Bond

  ✔ (Other)   With pretrial supervision and conditions as stated on the record in open court. Defendant shall be released by USM on 11/9/2016, at 9:00 am to the custody of pretrial services.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on November 8, 2016 at 2:15 pm.

By /s/ Deborah Barnes
Deborah Barnes
United States Magistrate Judge